## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN I. CARLSON,

                Plaintiff,                    JUDGMENT IN A CIVIL CASE

      v.                                  Case No. 14-cv-227-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kevin I. Carlson reversing the Commissioner's decision denying plaintiff disability insurance benefits and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

       s/ A. Wiseman, Deputy Clerk                December 29, 2014
     Peter Oppeneer, Clerk of Court                     Date