IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN CARLSON,

                                                                         ORDER

                  Plaintiff,

                                                        14-cv-227-bbc

    v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have filed a stipulation for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Dkt. #50. The stipulation is approved and IT IS ORDERED that plaintiff Kevin Carlson is awarded attorney fees in the amount of $7,450 and no costs in full satisfaction and settlement of all claims plaintiff may have against defendant Carolyn W. Colvin under § 2412 in this case. The award of attorney fees will satisfy all of plaintiff's claims for fees, costs and expenses under § 2412 in this case.

      Any fees paid belong to plaintiff and not his attorney and can be offset to satisfy any pre-existing debt that plaintiff may owe to the United States. Plaintiff has provided defendant a valid assignment of fees. If defendant can verify that plaintiff does not owe pre-existing debt subject to offset, defendant will direct payment of the award to plaintiff's

attorney under the Equal Access to Justice Act assignment.

    Entered this 10th day of February, 2015.

                                  BY THE COURT:

                                  /s/

                                  BARBARA B. CRABB
                                  District Judge