IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN CARLSON,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

  v.                                      Case No.  14-cv-227-bbc

CAROLYN COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Kevin Carlson attorney fees in the amount of $7,450.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ N. Nelson, Deputy Clerk | 2/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |